IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON BREEZE, JR., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:20-cv-02943 |
| | * |
| HONEYBEE HOSPITALITY, LLC | * |
| | * |
| Defendant. | * |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Byron Breeze, Jr. and Defendant Honeybee Hospitality, LLC, by counsel, hereby file this Joint Stipulation of Dismissal with Prejudice, advising the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Dated:  December 22, 2020.

Respectfully submitted,

| | |
|---|---|
| FRIEDLANDER MISLER, PLLC | BASHIAN & PAPANTONIOU, P.C. |
| | |
| */s/ Lindsay A. Thompson* | */s/ Erik M. Bashian* |
| Lindsay A. Thompson #995814 | Erik M. Bashian # |
| 5335 Wisconsin Ave., NW, Suite 600 | 500 Old Country Road |
| Washington, D.C.  20015 | Suite 302 |
| (202) 872-0800 | Garden City, NY 11530 |
| (202) 857-8343 (fax) | *eb@bashpaplaw.com* |
| *lathompson@dclawfirm.com* | *Counsel for Plaintiff* |
| *Counsel for Defendant* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Joint Stipulation of Dismissal with Prejudice* was sent, via the Court's ECF system, this 22nd day of December, 2020 to:

Erik M. Bashian, Esq.
BASHIAN & PAPANTONIOU, P.C.
500 Old Country Road
Suite 302
Garden City, NY 11530
*eb@bashpaplaw.com*

*/s/ Lindsay A. Thompson*
_____
Lindsay A. Thompson